IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LISA OSTELLA, et al. | : | |
|---|---|---|
| | : | CIVIL ACTION |
| v. | : | No. 12-7002 |
| | : | |
| IRBSearch, LLC, et al. | : | |
| | : | |

## ORDER

AND NOW, this 24th day of October, 2013, upon consideration of Defendant LNRDMI's motion to dismiss and to transfer venue as to any remaining claims (Dkt. No. 22), all responses and replies thereto and after oral argument on the motion, it is ORDERED that LNRDMI's motion is GRANTED and plaintiffs' claims against LNRDMI are DISMISSED.

It is FURTHER ORDERED that upon consideration of the motion to dismiss for lack of jurisdiction filed by Neil Sankey, Todd Sankey and The Sankey Firm (Dkt. No. 21) and all responses and replies thereto, the Sankey defendants' motion is GRANTED and plaintiffs' claims against them are DISMISSED.

Upon consideration of defendant IRBSearch's motion to dismiss for failure to state a claim and to transfer venue as to any remaining claims (Dkt. No. 25), all responses and replies thereto and after oral argument on the motion, it is ORDERED that IRBSearch's motion is DENIED.

It is FURTHER ORDERED that on or before November 12, 2013 defendant IRBSearch shall file an answer to the claims against it in plaintiffs' complaint and plaintiffs and IRBSearch shall agree to a discovery schedule and submit same to the Court for approval.

        ___/s/ Thomas O'Neill_____
        THOMAS N. O'NEILL, JR., J.