IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA OSTELLA, et al. | : | |
| | : | CIVIL ACTION |
| v. | : | No. 12-7002 |
| | : | |
| IRBSearch, LLC | : | |

## **ORDER**

AND NOW this 5th day of August, 2014, upon consideration of defendant IRBSearch's motion requesting the Court to transfer venue or to find venue improper (Dkt. No. 72), the reply of plaintiffs Lisa Ostella, Lisa Liberi, Brent Liberi, Frank M. Ostella and Philip J. Berg (Dkt. No. 76) and IRBSearch's reply (Dkt. No. 79) and consistent with the accompanying memorandum of law, it is ORDERED that the motion is GRANTED pursuant to 28 U.S.C. § 1404(a) and the Clerk is directed to TRANSFER this action to the United States District Court for the Northern District of Florida forthwith.

                                                      *s/Thomas N. O'Neill, Jr.*
                                                      THOMAS N. O'NEILL, JR., J.