**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**LISA LIBERI, et al.,**

    **Plaintiffs,**

**vs.**                                        **Case No. 4:14cv416-WS/CAS**

**IRBSEARCH, LLC,**

    **Defendant.**

    _____ /

**ORDER and REPORT AND RECOMMENDATION**

Plaintiffs Lisa and Frank Ostella, filed a notice of voluntary dismissal of their claims against the Defendant. Doc. 138. Dismissal is based on a settlement agreement between those Plaintiffs and Defendant. *See* doc. 138-1. Rule 41(a)(1)(ii) provides that an action may be voluntarily dismissed "by filing a stipulation of dismissal signed by all parties who have appeared in the action." FED. R. CIV. P. 41(a)(1). While the notice of dismissal is signed by only counsel for Plaintiff, the attached agreement is signed by all parties and meets the requirements of Rule 41(a)(1)(A)(ii).

Dismissal of Lisa and Frank Ostella from this case still leaves pending the claims of Lisa Liberti, Brent Liberi, and Philip J. Berg. A motion to compel was filed by those three Plaintiffs on March 19, 2015, doc. 134, and Defendant is reminded of the fourteen day deadline to respond with opposition to a motion to compel. N.D. Fla. Loc. R.

y
y

7.1(C)(1). Pursuant to that Rule, "[f]ailure to file a responsive memorandum may be sufficient cause to grant the motion." N.D. Fla. Loc. R. 7.1(C)(1).

Accordingly, it is **ORDERED** that Defendant shall have until **April 2, 2015**, in which to respond to the motion to compel, doc. 134.

## RECOMMENDATION

It is respectfully **RECOMMENDED** that the stipulated notice of dismissal, doc. 138, be **ACCEPTED,** and the claims brought by Plaintiffs Lisa Ostella and Frank M. Ostella be **DISMISSED** pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).

**IN CHAMBERS** at Tallahassee, Florida, on March 25, 2015.

 S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**