UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LISA OSTELLA, LISA LIBERI,
BRENT LIBERI, FRANK M. OSTELLA,
and PHILIP J. BERG,

    Plaintiffs,

v.                                                    4:14cv416-WS

IRBSEARCH, LLC,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed March 25, 2015. Doc. 139. The magistrate judge recommends that all claims brought by Lisa Ostella and Frank M. Ostella against the defendant be dismissed pursuant to their notice of dismissal. There being no objection to the report and recommendation, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 139) is ADOPTED and incorporated by reference into this order.

2.  Pursuant to their notice of voluntary dismissal (doc. 138), all claims filed by Lisa Ostella and Frank M. Ostella against the defendant are DISMISSED with prejudice.

3.  The Ostella's motion for reconsideration (doc. 113) is DENIED as moot.

DONE AND ORDERED this   1st   day of   May  , 2015.

                      s/ William Stafford  
                      WILLIAM STAFFORD  
                      SENIOR UNITED STATES DISTRICT JUDGE